UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT E. JONES,<br>        Plaintiff<br>    v.<br><br>HIRERIGHT SOLUTIONS, INC.,<br>        Defendant | Civil Action No. 11-10247-MLW |

**CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Rules of this Court, Defendant HireRight Solutions, Inc. hereby states that its parent corporation is The Official Information Company, a Delaware corporation.  No publicly held entity owns more than 10% of HireRight Solutions, Inc.

      Respectfully submitted,

      */s/ Daniel J. Cloherty*
      Daniel J. Cloherty (BBO No. 565772)
      COLLORA LLP
      600 Atlantic Ave.
      Boston, MA  02210
      Tel. (617) 371-1000
      Fax  (617-371-1037)
DATED:  April 25, 2011      dcloherty@collorallp.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 25, 2011.

                                                /s/ Daniel J. Cloherty