```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

ROBERT E. JONES              )
      Plaintiff(s),      )
                           )
v                            )      C.A. No. 11-10247-MLW
                           )
HIRERIGHT SOLUTIONS, INC.    )
      Defendant(s),      )

MEMORANDUM AND ORDER

WOLF, D.J.                                          MAY 13, 2011

      This action is one of about 130 civil cases assigned to me. I am also responsible for about 35 criminal cases, involving more than 50 defendants, many of whom have been incarcerated pending trial. Accordingly, I am interested in making arrangements for the fair and efficient progress and resolution of some of my civil cases.

      Upon review of my civil docket, I believe that the above captioned case, and the administration of justice would benefit from being reassigned for all purposes to Magistrate Judge Leo T. Sorokin pursuant to 28 U.S.C. § 636(c)(1) and (3). If such reassignment occurs, Magistrate Judge Leo T. Sorokin will decide all pretrial issues, schedule a firm trial date, conduct any trial that is necessary, with or without a jury, and any appeal would be taken directly to the Court of Appeals for the First Circuit.

Therefore, the parties are being ordered to inform the court by May 27, 2011 whether they consent to a transfer of this case to Magistrate Judge Leo T. Sorokin for all purposes.  The parties are free to inform the court that they do not consent to the transfer of this case to the Magistrate Judge and will not suffer any adverse substantive consequences. However, any failure to respond by the foregoing date will be deemed a consent to the proposed reassignment.

If the parties do not consent then the Magistrate Judge will continue to conduct all pre-trial proceedings including scheduling conferences, prepare any necessary report and recommendation pursuant to 28 U.S.C. §636(b)(1)(B) and return the case to the District Judge.

/s/ MARK L. WOLF, D.J.
UNITED STATES DISTRICT COURT