UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT E. JONES,<br>   Plaintiff<br>  v.<br>HIRERIGHT SOLUTIONS, INC.,<br>   Defendant | Civil Action No. 11-10247-MLW |

**NOTICE OF CONSENT TO THE EXERCISE OF JURISDICTION**
**BY A U.S. MAGISTRATE JUDGE**

 Pursuant to the Court's Order of May 13, 2011, the Defendant HireRight Solutions, Inc., by and through its undersigned counsel, hereby gives notice of its consent to a transfer of this case to U.S. Magistrate Judge Leo T. Sorokin for all purposes.

               Respectfully submitted,

               */s/ Daniel J. Cloherty*
               Daniel J. Cloherty (BBO No. 565772)
               COLLORA LLP
               600 Atlantic Ave.
               Boston, MA  02210
               Tel. (617) 371-1003
               Fax  (617-371-1037)
DATED:  May 27, 2011        dcloherty@collorallp.com

**CERTIFICATE OF SERVICE**

 I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 27, 2011.

               */s/ Daniel J. Cloherty*

Case 1:11-cv-10247-LTS   Document 8   Filed 05/27/11   Page 2 of 2