**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ROBERT E. JONES,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>HIRERIGHT SOLUTIONS, INC.,<br>　　　　　　Defendant. | C.A. NO. 11-10247-MLW |

## PLAINTIFF'S NOTICE OF CONSENT

## TO THE EXERCISE OF JURISDICTION BY A U.S. MAGISTRATE JUDGE

　　The Plaintiff hereby consents to the transfer of this case to U.S. Magistrate Judge Leo T. Sorokin for all purposes.

　　　　　　　　　　　　　　　　　　　　Robert E. Jones,
　　　　　　　　　　　　　　　　　　　　By Counsel,

　　　　　　　　　　　　　　　　　　　　/s/ John T. Longo
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　John T. Longo, Esquire, MA BBO #632387
　　　　　　　　　　　　　　　　　　　　Of Counsel, Law Offices of Peter N. Wasylyk
　　　　　　　　　　　　　　　　　　　　**LAW OFFICES OF PETER N. WASYLYK**
　　　　　　　　　　　　　　　　　　　　1307 Chalkstone Avenue
　　　　　　　　　　　　　　　　　　　　Providence, Rhode Island 02908

　　　　　　　　　　　　　　　　　　　　**Main Office**
　　　　　　　　　　　　　　　　　　　　Phone (401) 831-7730
　　　　　　　　　　　　　　　　　　　　Fax (401) 861-6064
　　　　　　　　　　　　　　　　　　　　E-Mail: pnwlaw@aol.com

　　　　　　　　　　　　　　　　　　　　**John T. Longo Direct**
　　　　　　　　　　　　　　　　　　　　Phone: (401) 272-2177
　　　　　　　　　　　　　　　　　　　　Fax: (401) 537-9185
　　　　　　　　　　　　　　　　　　　　E-Mail: jtlongo@citadelpc.com

　　　　　　　　　　　　　　　　　　　　Dated:  May 27, 2011

## Certificate of Service

I hereby certify that a true copy of this document was filed using the ECF System for this Court on the date listed above. The System will serve a copy electronically on all the registered participants as identified on the Notice of Electronic Filing (NEF) and the undersigned will cause paper copies to be sent to the following non-registered participants on the same date: None.

/s/ John T. Longo

_____

John T. Longo, Esq./ MA BBO #632387