```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


ROBERT E. JONES,                    )
     Plaintiff(s),                  )
                                    )
     v.                             )   C.A. No. 11-10247-MLW
                                    )
HIRERIGHT SOLUTIONS, INC.,          )
     Defendant(s)                   )
```

                            ORDER

WOLF, D.J.                                        MAY 31, 2011

The parties in this case have consented to the reassignment of the case to a Magistrate Judge Sorokin for all purposes. Accordingly, this cases is hereby REASSIGNED to Magistrate Judge Sorokin for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).


                                   /s/ Mark L. Wolf
                                   UNITED STATES DISTRICT COURT