UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT E. JONES,
          Plaintiff,

v.                          C.A. NO. 11-10247-LTS

HIRERIGHT SOLUTIONS, INC.,
          Defendant.

**Entry of Appearance**

I hereby enter my appearance for the Plaintiff.

/s/ John T. Longo
_____
John T. Longo, Esquire, MA BBO #632387
Citadel Consumer Litigation, PC
681 Smith Street, Suite 201
Providence, RI  02908
Phone: (401) 272-2177
Fax: (401) 537-9185
E-Mail: jtlongo@citadelpc.com

Dated: June 15, 2011

**Withdrawal of Appearance**

I hereby withdraw my appearance for the Plaintiff.

/s/ John T. Longo
_____
John T. Longo, Esquire, MA BBO #632387
Of Counsel, Law Offices of Peter N. Wasylyk
**LAW OFFICES OF PETER N. WASYLYK**
1307 Chalkstone Avenue
Providence, Rhode Island 02908

**Main Office**
Phone (401) 831-7730
Fax (401) 861-6064
E-Mail: pnwlaw@aol.com

**John T. Longo Direct**
Phone: (401) 272-2177
Fax: (401) 537-9185
E-Mail: jtlongo@citadelpc.com

Dated:  June 15, 2011

### Certificate of Service

I hereby certify that a true copy of this document was filed using the ECF System for this Court on the date listed above. The System will serve a copy electronically on all the registered participants as identified on the Notice of Electronic Filing (NEF) and the undersigned will cause paper copies to be sent to the following non-registered participants on the same date: None.

/s/ John T. Longo
_____
John T. Longo, Esq./ MA BBO #632387