UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**Robert E. Jones,**

    Defendant,

    vs.                                      11-10247 LTS

**Hireright Solutions, Inc.,**

    Defendant.

_____

**Assented To Motion To Reschedule Mediation**

Now come the parties and request the Mediation in this matter be rescheduled from October 5, 2011, **to October 13, 2011, at 10 AM**. The reason for this request is Plaintiff's counsel is scheduled to be in Bankruptcy Court in Rhode Island at 10 AM on October 5th for two hearings.

| | |
|---|---|
| The Plaintiff, | The Defendant, |
| By Counsel, | By Counsel, |
| | |
| /s/ John T. Longo | /s/ Daniel Cloherty |
| _____ | _____ |
| Citadel Consumer Litigation, P.C. | Collora, LLP |
| John T. Longo, Esq./BBO#632387 | Daniel Cloherty, Esq./BBO # 565772 |
| 681 Smith Street | 600 Atlantic Avenue |
| Providence, RI  02908 | Boston, MA  02210 |
| (401) 383-7550 | (617) 371-1003 |
| Fax (401) 537-9185 | Fax (617) 371-1037 |
| jtlongo@citadelpc.com | dcloherty@collorallp.com |

## Certificate of Service

I hereby certify that on ___9/14/11___ a true copy of this document was filed using the ECF System for this Court. The System will serve a copy electronically on all the registered participants as identified on the Notice of Electronic Filing (NEF) and the undersigned will cause paper copies to be sent to the following non-registered participants on the same date: None.

/s/ John T. Longo

_____

John T. Longo, Esq./ MA BBO #632387

My File #: FC **3270**