# United States District Court
# District of Massachusetts

ROBERT E. JONES,
    Plaintiff,

v.                         CIVIL ACTION NO. 2011-10247-LTS

HIRE RIGHT, INC.,
    Defendant.

## *REPORT RE: REPORT RE:*
## *ALTERNATIVE DISPUTE RESOLUTION TO JUDGE*

COLLINGS, U.S.M.J.

      On October 14, 2011, I held a mediation session at Boston, Massachusetts. The plaintiff and his counsel and representatives of the defendant and its counsel attended.

[ X ]    The case is SETTLED; your clerk should issue a 21-day Order.

DATE:    October 24, 2011

*Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Copy to:    Judge Sorokin
                Yvonne Franklin