# United States District Court
# District of Massachusetts

ROBERT E. JONES,
    Plaintiff,

    v.                          CIVIL ACTION NO. 2011-10247-LTS

HIRE RIGHT, INC.,
    Defendant.

## FURTHER REPORT RE: REPORT RE: ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

    On October 14, 2011, I held a mediation session at Boston, Massachusetts. The plaintiff and his counsel and representatives of the defendant and its counsel attended. A further session was held on November 29, 2011 to deal with an issue which had arisen. After the further session, I again report that:

[X]    The case is SETTLED; counsel are to file the closing papers by cob *December 9, 2011*.

DATE:    December 1, 2011

*Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Copy to:    Judge Sorokin
               Yvonne Franklin