UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**Robert E. Jones,**

    Defendant,

    vs.                                                11-10247 LTS

**Hireright Solutions, Inc.,**

    Defendant.

___

### Joint Stipulation of Dismissal With Prejudice

The undersigned being counsel for all the parties who have answered or otherwise defended in this matter, the parties to this action hereby stipulate and agree, pursuant to Rule 41(a)(ii)of the Rules of Civil Procedure, that this matter shall be dismissed as to all parties with prejudice, with no costs and no interest.

    **Robert E. Jones**,
    By Counsel,

    /s/ John T. Longo
    _____
    John T. Longo, Esquire, MA BBO #632387
    Citadel Consumer Litigation, PC
    681 Smith Street, Suite 201
    Providence, RI02908
    Phone: (401) 272-2177
    Fax: (401) 537-9185
    E-Mail: jtlongo@citadelpc.com

    **Hireright Solutions, Inc.**,
    By Counsel

    /s/ Daniel Cloherty
    _____
    Daniel Cloherty, Eqs./BBO#565772

>Collora, LLP
>600 Atlantic Avenue
>Boston, MA 02210
>dcloherty@collorallp.com
>Phone: (617) 371-1003
>Fax: (617) 371-1037
>E-Mail: dcloherty@collorallp.com

### Certificate of Service

I certify that on _1/5/12___ I electronically filed this document with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants received notice electronically:

>Daniel Cloherty
>Collora, LLP
>600 Atlantic Avenue
>Boston, MA 02210
>dcloherty@collorallp.com
>Phone: (617) 371-1003
>Fax: (617) 371-1037

I further certify that I caused a copy of this document to be sent to the people listed below via first class mail and, if an e-mail address is listed below, via e-mail:

>None.

>/s/ John T. Longo
>_____
>John T. Longo, Esq./#4928

My File #: FC**3270**